CATHERINE M. CORFEE
CORFEE STONE & ASSOCIATES
5441 Fair Oaks Blvd. Ste. B-1
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 487-5441
Fax (916) 487-5440
E-MAIL catherine@corfeestone.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH MILLER,

    Plaintiff,

vs.

SASQUATCH, LLC, ET AL.

    Defendants

Case No. C 07-03111 MEJ

REQUEST FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Pursuant to Local Rules Plaintiff Elizabeth Miller and Defendant Meredith Maier, dba Six Rivers Brewery, by and through their respective attorneys of record stipulate as follows:

1. No extension of time has been previously obtained.

2. Defendant Meredith Maier is granted an extension of time to answer or otherwise plead

REQUEST FOR EXTENSION OF TIME - 1

to the complaint on file herein until July 30, 2007.

IT IS SO STIPULATED effective as of July 6, 2007

Dated: July 10, 2007              /s/ _____

                                  Catherine M. Corfee,

                                  Attorney for Defendant


Dated: July, 10 2007

                                  /s/ _____

                                  Jason Singleton,

                                  Attorney for Plaintiff

REQUEST FOR EXTENSION OF TIME - 2