1 | **Jason K. Singleton,** State Bar #166170
    **lawgroup@sbcglobal.net**
2 | **Richard E. Grabowski**, State Bar # 236207
    **rgrabows@pacbell.net**
3 | **SINGLETON LAW GROUP**
    **611 "L" Street, Suite A**
4 | **Eureka, CA 95501**

5 | **(707) 441-1177**
    **FAX 441-1533**

**Attorney for Plaintiff, ELIZABETH MILLER**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ELIZABETH MILLER, | ) Case No.  C-07-3111 MEJ |
|---|---|
| Plaintiff, | ) STIPULATION OF DISMISSAL WITH |
| v. | ) PREJUDICE AND (Proposed) ORDER |
| SASQUATCH, LLC., a California Limited Liability Company, dba SIX RIVERS BREWERY, Meredith Maier and DOES ONE to FIFTY, inclusive, | ) |
| Defendants. | ) |

Plaintiff ELIZABETH MILLER and Defendants SASQUATCH, LLC, dba SIX RIVERS BREWERY, MEREDITH MAIER (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.   The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

STIPULATION OF DISMISSAL AND ORDER    1    C-07-3111 MEJ

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: October 10, 2007        /s/ JASON K. SINGLETON
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **ELIZABETH MILLER**

**CORFEE STONE & ASSOCIATES**

Dated: October 10, 2007        /s/ ZACHARY BEST
Zachary Best, Attorney for Defendants
**SASQUATCH, LLC, dba SIX RIVERS BREWERY, MEREDITH MAIER**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>MILLER vs SASQUATCH, LLC, et al.</u>, Case Number C-07-3111 MEJ, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: _____        _____
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE